**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VENESSA SELDON,

        Plaintiff,               Case No. 09-13162
                                            Hon. Gerald E. Rosen
vs.                                               Mag. Michael Hluchaniuk

LEHMAN BROTHERS, INC., *et al*,

        Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING PLAINTIFF'S
MOTION FOR DEFAULT JUDGMENT**

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on           April 14, 2010

        PRESENT:  Honorable Gerald E. Rosen
                                  Chief Judge, United States District Court

        This matter having come before the Court on the March 15, 2010 Report and Recommendation of United States Magistrate Judge Michael Hluchaniuk recommending that the Court deny Plaintiff's Motion for Default Judgment; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Motion should be denied; and being otherwise fully advised in the premises,

NOW, THEREFORE,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of March 15, 2010 **[Dkt. # 26]** be, and hereby is, adopted by the Court.

IT IS FURTHER ORDERED that, for the reasons stated in the Report and Recommendation, Plaintiff Vanessa Seldon's Motion for Default Judgment **[Dkt. # 10]** is DENIED.

SO ORDERED.

s/ Gerald E. Rosen
Gerald E. Rosen
Chief Judge, United States District Court

Dated: April 14, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record and plaintiff on April 14, 2010, by electronic and/or ordinary mail.

s/Ruth A.Gunther
Case Manager
(313) 234-5137