**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

VENESSA SELDON,

        Plaintiff,                  Case No. 09-13162
                                                   Hon. Gerald E. Rosen
vs.                                                Mag. Michael Hluchaniuk

LEHMAN BROTHERS, INC., *et al*,

        Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S**
**REPORT AND RECOMMENDATION**

    At a session of said Court, held in
    the U.S. Courthouse, Detroit, Michigan
    on           June 8, 2010

    PRESENT:  Honorable Gerald E. Rosen
                              Chief Judge, United States District Court

        This matter having come before the Court on the May 20, 2010 Report and Recommendation of United States Magistrate Judge Michael Hluchaniuk recommending that the Court grant Defendants' Motion for Issuance of Order to Show Cause and for Adjournment of Summary Judgment Filing Deadline; and Plaintiff having timely filed Objections; and the Court having reviewed the Magistrate Judge's Report and Recommendation, Plaintiff's Objections, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Defendants' Motion should be granted; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS ORDERED that the Magistrate Judge's Report and Recommendation of May 20, 2010 **[Dkt. # 31]** be, and hereby is, ADOPTED by the Court. The relief outlined in the Report and Recommendation is hereby ORDERED.

IT IS FURTHER ORDERED that, for the reasons stated in the Report and Recommendation, Defendants' Motion for Issuance of Order to Show Cause and for Adjournment of Summary Judgment Filing Deadline **[Dkt. # 29]** is GRANTED.

SO ORDERED.

            s/ Gerald E. Rosen
            Gerald E. Rosen
            Chief Judge, United States District Court

Dated: June 8, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on June 8, 2010, by electronic and/or ordinary mail.

            s/Ruth A.Gunther
            Case Manager
            (313) 234-5137