# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

VENESSA SELDON,

        Plaintiff,                      Case No. 09-13162
                                                   Hon. Gerald E. Rosen

vs.                                                           Mag. Michael Hluchaniuk

LEHMAN BROTHERS, INC., *et al*,

        Defendants.
_____/

**OPINION AND ORDER ADOPTING THE REPORT AND
RECOMMENDATION OF THE MAGISTRATE JUDGE**

        At a session of said Court, held in
        the U.S. Courthouse, Detroit, Michigan
        on     July 26, 2010

        PRESENT:  Honorable Gerald E. Rosen
                          United States District Judge

        This action is presently before the Court on the July 9, 2010 Report and Recommendation entered by United States Magistrate Judge Michael Hluchaniuk following a hearing conducted before him on Defendants' Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) and, Alternatively Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(c). The Magistrate Judge recommends that Defendants' Motion for partial judgment on Plaintiff's claim for rescission be GRANTED and that Plaintiff's claim for rescission be DISMISSED. Plaintiff has filed no objections to the Report and Recommendation.

1

Having reviewed the Magistrate Judge's R & R and the remainder of the materials in the record, the Court concurs in the Magistrate Judge's analysis, and accordingly adopts the R & R in its entirety. Therefore,

IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of July 9, 2010 [Dkt. #38] be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Defendants' Motion for Judgment on the Pleadings Pursuant to Fed. R. Civ. P. 12(c) and, Alternatively Motion for Summary Judgment Pursuant to Fed. R. Civ. P. 56(c) [Dkt. # 15] is GRANTED.  Accordingly,

IT IS FURTHER ORDERED that Plaintiff's claim for rescission is DISMISSED with prejudice.

        s/Gerald E. Rosen
        Chief Judge, United States District Court

Dated:  July 26, 2010

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 26, 2010, by electronic and/or ordinary mail.

        s/Deborah J. Goltz for Ruth A. Gunther
        Case Manager