UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VENESSA SELDON,

        Plaintiff,                Case No. 09-13162
                                                 Hon. Gerald E. Rosen
vs.                                                     Mag. Michael Hluchaniuk

LEHMAN BROTHERS, INC., *et al*,

        Defendants.
_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND GRANTING DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT AND AWARDING ATTORNEY FEES**

At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on       January 27, 2011

PRESENT:  Honorable Gerald E. Rosen
                       Chief Judge, United States District Court

     This matter having come before the Court on the January 7, 2011 Report and Recommendation [Dkt. #54] of United States Magistrate Judge Michael Hluchaniuk recommending that the Court grant Defendant's motion for summary judgment [Dkt. #47] and that Plaintiff pay $2,161.31 to Defendants in attorney fees; and no timely objections to the Magistrate Judge's Report and Recommendation having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation, and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Defendants' motion should be granted; and being otherwise fully

advised in the premises,

IT IS HEREBY ORDERED that the Magistrate Judge's January 7, 2011 Report and Recommendation [Dkt. #54] is adopted by the Court.

IT IS FURTHER ORDERED that, for the reasons stated in the report and recommendation, Plaintiff must pay $2,161.31 in attorney fees to Defendants **within 30 days** of this order.

IT IS FURTHER ORDERED that Plaintiff's complaint is DISMISSED WITH PREJUDICE.

> s/Gerald E. Rosen
> Gerald E. Rosen
> Chief Judge, United States District Court

Dated: January 27, 2011

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 27, 2011, by electronic and/or ordinary mail.

> s/Ruth A.Gunther
> Case Manager
> (313) 234-5137